# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

THIRD DEPARTMENT, OCTOBER, 1915.

Lorenzo & Robert Beeman v. American Express Company.— Motion to open default granted upon payment of ten dollars by plaintiff to defendant within ten days; upon such payment the motion to dismiss appeal is granted unless the plaintiff shall serve printed papers within fifteen days and pay to the defendant's attorney ten dollars, in which case motion is denied, without costs.

Elsie Coulman, an Infant, by Anna Coulman, Her Guardian ad Litem, Respondent, v. Willis Randall, Appellant.—Judgment and order reversed and new trial granted, with costs to appellant to abide event, the court holding that the admission of the declarations of the defendant's attorney, at folios 79 and 80 of the case, constituted error. All concurred.

Fitzgerald Bros. Brewing Company, Respondent, v. The New York Central Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Morris Franklin v. Boston and Maine Railroad.— Motion denied.

Patrick H. Flynn, Respondent, v. William A. Boland, Appellant, Impleaded with J. Benedict Roache and Another. (No. 1.) Patrick H. Flynn, Respondent, v. J. Benedict Roache, Appellant, Impleaded with Others. (No. 1.)— Order overruling demurrer affirmed, with ten dollars costs and disbursements, with leave to answer within twenty days after service upon the attorney for the defendant Boland of a copy of the order of this court with notice of entry, and payment of the costs in this court and in the court below. Order denying motion to require plaintiff to serve a reply affirmed, with ten dollars costs and disbursements. All concurred, except Howard, J., not voting.

Patrick H. Flynn, Respondent, v. William A. Boland, Appellant, Impleaded with J. Benedict Roache and Another. (No. 2.) Patrick H. Flynn, Respondent, v. J. Benedict Roache, Appellant, Impleaded with Others. (No. 2.) Order overruling demurrer affirmed, with ten dollars costs and disbursements, with leave to answer within twenty days after service upon the attorney for the defendant Boland of a copy of the order of this court with notice of entry, and payment of the costs in this court and in the court below. Order denying motion to require plaintiff to serve a reply affirmed, with ten dollars costs and disbursements. All concurred, except Howard, J., not voting.